IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PADMAPRIYA ASHOKKUMAR, an Individual;<br><br>     Plaintiff,<br><br>  vs.<br><br>SEBASTIAN ELBAUM, Professor, LORIN HOCHSTEIN, Former Professor, STEVE GODDARD, Current Chair of the Department of Computer Science and Engineering; KIMBERLY ANDREWS ESPY, Former Associate Vice Chancellor for Research; PREM PAUL, Vice Chancellor for Research and Dean of Graduate Studies, and SCOTT HENNINGER, Former Professor, all at the University of Nebraska-Lincoln, and all sued in their individual and official capacities;<br><br>     Defendants. | **4:12CV3067**<br><br>**ORDER** |

IT IS ORDERED:

The motion to withdraw filed by Terry C. Dougherty and the Woods, Aitken Law Firm, as counsel of record on behalf of Defendant Scott Henninger, (filing no. 39), is granted.

July 25, 2012.

               BY THE COURT:

               *s/ Cheryl R. Zwart*
               United States Magistrate Judge