IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PADMAPRIYA ASHOKKUMAR,<br><br>  Plaintiff,<br><br>vs.<br><br>SEBASTIAN ELBAUM, et. al;<br><br>  Defendants. | 4:12CV3067<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

The motion to withdraw filed by Andrew D. Weeks as counsel of record on behalf of Plaintiff Padmapriya Ashokkumar, (filing no. 68), is granted.

April 16, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge