IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PADMAPRIYA ASHOKKUMAR, an Individual;<br><br>                    Plaintiff,<br><br>     vs.<br><br>SEBASTIAN ELBAUM, Professor at the University of Nebraska-Lincoln, all in their individual and official capacities; LORIN HOCHSTEIN, Former Professor at the University of Nebraska-Lincoln, all in their individual and official capacities; STEVE GODDARD, Current Chair of the Department of Computer Science and Engineering at the University of Nebraska-Lincoln, all in their individual and official capacities; KIMBERLY ANDREWS ESPY, Former Associate Vice Chancellor for Research at the University of Nebraska-Lincoln; PREM PAUL, Vice Chancellor for Research and Dean of Graduate Studies, all in their individual and official capacities; and SCOTT HENNINGER, Former Professor at the University of Nebraska-Lincoln, all in their individual and official capacities;<br><br>                    Defendants. | **4:12CV3067**<br><br><br>**ORDER** |

After hearing the arguments of counsel, and reviewing their supporting documentation on Thursday evening, the court apprised the parties of the following order on Friday morning, July 26, 2013:

IT IS ORDERED:

1)      The plaintiff's deposition is continued pending further order of the court. Costs, including the cost of any airfare, are not assessed against the defendant for this continuance.

2)      The parties shall work in good faith to resolve their issues over the language of the defendant's proposed protective order.  On or before August 2, 2013, they shall either file a motion for approval of their jointly proposed protective order, or the defendant shall file a motion for the court's determination of any ongoing protective order issue.  If a motion is filed, the plaintiff's response shall be filed on or before August 5, 2013.  The court will rule on the motion on August 6, 2013.

3)      Document disclosures awaiting a ruling on the protective order issue shall be made on or before August 9, 2013.

4)      On or before August 16, 2013, the plaintiff shall update her responses to the contention interrogatories, and as to each person named, provide in detail all information she knows or believes support her contention as to that person or his or her actions or inactions.

5)      Any motion to compel further written discovery responses shall be filed on or before August 23, 2013, with any response thereto filed by August 30, 2013,

6)      A telephonic status conference will be held before the undersigned magistrate judge on September 3, 2013 at 9:30 a.m.  Counsel for plaintiff shall place the call.

7)      To assist the plaintiff in reducing her airfare costs, the parties shall plan to take the plaintiff's deposition in mid-to late-September, 2013.

Dated this 29th day of July, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge