IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PADMAPRIYA ASHOKKUMAR, an Individual;<br><br>            Plaintiff,<br><br>   vs.<br><br>MATTHEW DWYER, in his official capacity as Current Chair of the Department of Computer Science and Engineering at the University of Nebraska-Lincoln; BYRAV RAMAMURTHY, in his official capacity as current Computer Science and Engineering Graduate Committee Chair at the University of Nebraska-Lincoln; STEPHEN REICHENBACH, in his official capacity as current Computer Science Graduate Subcommittee Chair; and JOHN DOE Numbers 1-99, unidentified members of the Computer Science and Engineering Committee and Computer Science Subcommittee;<br><br>           Defendants. | 4:12CV3067<br><br>**MEMORANDUM AND ORDER** |

      Following the institution of this lawsuit, and particularly after the filing of the Amended Complaint (filing 111) and the Appearance of Counsel (filings 112 and 113), a personal matter involving one of my adult children was brought to my attention within the last week that causes me to recuse myself from this case. One of my sons, a senior at the University of Nebraska-Lincoln (UNL), advised me that he either intends to apply, or has applied, for acceptance into the Ph.D. in Computer Science program at UNL. Moreover, at least one of the defendants named in the Amended Complaint is either a professor in one of my son's current classes or will be in a decision-making capacity with respect to my adult son's application to the graduate program. I apologize to the parties for being unaware of the possible conflict until the events of the past week.

      IT IS ORDERED that I recuse myself from this case and the Clerk shall refer this matter to the Chief Judge for reassignment.

DATED this 13th day of February, 2014.

BY THE COURT:

_____
John M. Gerrard
United States District Judge