IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PADMAPRIYA ASHOKKUMAR, an Individual, | ) ) ) | 4:12CV3067 |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **MEMORANDUM AND ORDER** |
| MATTHEW DWYER et al., | ) ) ) | |
| Defendants. | ) | |

    This matter is before me on Defendants' Motion for Summary Judgment. (Filing No. 115.) I have carefully reviewed the parties' summary-judgment materials (filing nos. 115, 116, 117, 128, 130, 131 and 132) and find that there are genuine issues of material fact that preclude the entry of summary judgment in Defendants' favor.

    Also pending is Plaintiff's Motion in Limine to Exclude Expert Testimony. (Filing No. 118.) After careful review, I will deny this motion without prejudice to reassertion at the time of trial.

    IT IS ORDERED:

    1.    Defendants' Motion for Summary Judgment (filing no. 115) is denied.

    2.    Plaintiff's Motion in Limine to Exclude Expert Testimony (filing no. 118) is denied without prejudice to reassertion at the time of trial.

DATED this 16th day of April, 2014.

                                              BY THE COURT:

                                              *Richard G. Kopf*
                                              Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.