IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PADMAPRIYA ASHOKKUMAR, an Individual, | ) ) ) | |
| Plaintiff, | ) ) ) | 4:12CV3067 |
| v. | ) ) | |
| MATTHEW DWYER, in his official capacity as Current Chair of the Department of Computer Science and Engineering at the University of Nebraska-Lincoln, BYRAV RAMAMURTHY, in his official capacity as current Computer Science and Engineering Graduate Committee Chair at the University of Nebraska-Lincoln, STEPHEN REICHENBACH, in his official capacity as current Computer Science Graduate Subcommittee Chair, and JOHN DOE, Numbers 1-99, unidentified members of the Computer Science and Engineering Committee and Computer Science Subcommittee, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| Defendants. | ) | |

  Unfortunately, I learned today that I must be hospitalized for inflammation in the upper lobes of both lungs that could be associated with one of the chemotherapy drugs I am currently receiving.  At this time, the physicians are unable to determine the date of my release from the hospital.  Therefore, and with my apologies to counsel, I must declare a mistrial of this case.  Accordingly,

IT IS ORDERED:

1. The court declares a mistrial in the above-captioned case; and

2. The Clerk of Court shall immediately transmit a copy of this order to Chief Judge Smith Camp so she can reassign this case.

DATED this 16th day of June, 2014.

BY THE COURT:
*Richard G. Kopf*
Senior United States District Judge