IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PADMAPRIYA ASHOKKUMAR, an individual, | ) ) ) | |
| Plaintiff, | ) ) | 4:12CV3067 |
| v. | ) ) | |
| MATTHEW DWYER, in his official capacity as Current Chair of the Department of Computer Science and Engineering at the University of Nebraska-Lincoln, BYRAV RAMAMURTHY, In his official capacity as current Computer Science and Engineering Graduate Committee Chair University of Nebraska-Lincoln, STEPHEN REICHENBACH, In his official capacity as current Computer Science Graduate Subcommittee Chair, and JOHN DOE, Numbers 1-99, unidentified members of the Computer Science and Engineering Committee and Computer Science Subcommittee, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER AND JUDGMENT |
| Defendants. | ) ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED that judgment is entered in favor of defendants. Plaintiff's amended complaint is dismissed. All other pending matters are denied as moot.

DATED this 4th day of May, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court